UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80188-Cr-Rosenberg/Reinhart

18 U.S.C. § 1955
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 1952(a)(3)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

DION DE CESARE,
AUNDRE AARONS,
JOSH PEASLEY,
MARK PAOLANTONIO,
and KELLY LIZZA,

Defendants.
_____/



FILED BY TM D.C.

Nov 18, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Operation of an Illegal Gambling Business
### (18 U.S.C. § 1955)

From on or about May 20, 2015, through in or around September, 2021, in Palm Beach County, in the Southern District of Florida and elsewhere, the defendants,

**DION DE CESARE,
JOSH PEASLEY,
and
KELLY LIZZA,**

and others known and unknown to the Grand Jury, did conduct, finance, manage, supervise, direct and own all or part of an illegal gambling business, that is, a gambling business involving sports

1

betting, which gambling business was a violation of a law of the State of Florida, that is, Title 42 of Florida Statutes, Section 849.25 (Bookmaking), which involved five or more persons who conducted, financed, managed, supervised, directed and owned all or part of said illegal gambling business, and which remained in substantially continuous operation for a period in excess of thirty days and had a gross revenue of $2,000 in any single day, in violation of Title 18, United States Code, Sections 1955 and 2.

## COUNT 2
### Conspiracy to Launder Money
### (18 U.S.C. § 1956(h))

In or around December 2017, the exact date being unknown to the Grand Jury, and continuing through in or around August 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**DION DE CESARE,
AUNDRE AARONS,
JOSH PEASLEY,
MARK PAOLANTONIO,
and
KELLY LIZZA,**

did knowingly combine, conspire, confederate, and agree with each other and other persons, unknown to the Grand Jury, to commit an offense against the United States, in violation of Title 18, United States Code, Section 1956, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section

1956(a)(1)(B)(i).

It is further alleged that the specific specified unlawful activity is the felonious operation of an illegal gambling business, in violation of Title 18, United States Code, Section 1955, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

### COUNTS 3-15
### Money Laundering
### (18 U.S.C. §§ 1956(a)(1)(B)(i) and 2)

On or about the dates set forth below as to each count, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants, identified below, did knowingly conduct a financial transaction affecting interstate and foreign commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, as set forth below:

| Count | Approx. Date of Financial Transaction | Defendant | Amount | Financial Transaction |
|---|---|---|---|---|
| 3 | December 27, 2016 | DION DECESARE, JOSH PEASLEY, and KELLY LIZZA | $6,000 | Wire transfer deposited into BB&T bank account ending in 4853 |
| 4 | January 11, 2017 | DION DECESARE, JOSH PEASLEY, and KELLY LIZZA | $3,000 | Wire transfer deposited into BB&T bank account ending in 4853 |

| 5 | January 31, 2017 | DION DECESARE, JOSH PEASLEY, and KELLY LIZZA | $4,950 | Wire transfer deposited into BB&T bank account ending in 4853 |
|---|---|---|---|---|
| 6 | December 26, 2017 | DION DE CESARE and JOSH PEASLEY | $4,000 | Check #135 dated December 26, 2017 paid to the order of Lakeshore HOA delivered to Dion De Cesare |
| 7 | January 22, 2018 | DION DE CESARE and JOSH PEASLEY | $2,775 | Check #269 paid to the order of Presidential Estates delivered to Dion De Cesare |
| 8 | October 1, 2018 | DION DE CESARE, JOSH PEASLEY, MARK PAOLANTONIO, and AUNDRE AARONS | $2,500 | Check #139 dated September 18, 2018 paid to the order of Mark Paolantonio deposited into BB&T account ending in 0366 |
| 9 | November 5, 2018 | DION DE CESARE, JOSH PEASLEY, and MARK PAOLANTONIO | $2,500 | Check #113 dated October 3, 2018 paid to the order of Mark Paolantonio deposited into BB&T account ending in 0366 |
| 10 | December 3, 2018 | DION DE CESARE, JOSH PEASLEY, and MARK PAOLANTONIO | $2,500 | Check #150 dated October 25, 2018 paid to the order of Mark Paolantonio deposited into BB&T account ending in 0366 |
| 11 | September 19, 2019 | DION DE CESARE and JOSH PEASLEY | $3,500 | Check #304 paid to the order of Presidential Golf View deposited into Bank of America account ending in 1437 |
| 12 | October 10, 2019 | DION DE CESARE and JOSH PEASLEY | $4,500 | Check #306 paid to the order of Presidential Golf View deposited into Bank of America account ending in 1437 |

| 13 | October 10, 2019 | DION DE CESARE and JOSH PEASLEY | $3,000 | Check #225 paid to the order of Presidential Golf View deposited into Bank of America account ending in 1437 |
| --- | --- | --- | --- | --- |
| 14 | October 31, 2019 | DION DE CESARE and JOSH PEASLEY | $3,000 | Check #311 paid to the order of Presidential Golf View deposited into Bank of America account ending in 1437 |
| 15 | November 6, 2019 | DION DE CESARE, JOSH PEASLEY, and AUNDRE AARONS | $4,000 | Check #228 paid to the order of Aundre Aarons deposited into USAA bank account ending in 0036 |

It is further alleged that the specific specified unlawful activity is the felonious operation of an illegal gambling business, in violation of Title 18, United States Code, Section 1955, punishable under the laws of the United States.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## COUNTS 16-17
### Use of Facility in Interstate Commerce to Carry on Unlawful Activity
### (18 U.S.C. §§ 1952(a)(3))

On or about the dates specified as to each count below, in Palm Beach County, in the Southern District of Florida, the defendant,

**DION DE CESARE,**

did knowingly use a facility in interstate and foreign commerce, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of an unlawful activity, as specified as to each count below, and thereafter did perform and attempt to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of said unlawful activity, as set forth in each count

5

below:

| Count | Approximate Date | Unlawful Activity |
|-------|------------------|-------------------|
| 16 | November 20, 2019 | Fla. Stat. § 796.07 |
| 17 | February 19, 2020 | 18 U.S.C. § 1955 |

In violation of Title 18, United States Code, Section 1952(a)(3).

## FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **DION DE CESARE, AUNDRE AARONS, JOSH PEASLEY, MARK PAOLANTONIO, and KELLY LIZZA,** have an interest.

2.  Upon conviction of a violation of Title 18, United States Code, Section 1955, as alleged in this Indictment, the defendant shall forfeit to the United States (1) any property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C); and (2) any property, including money, used in such violation, pursuant to Title 18, United States Code, Section 1955(d).

3.  Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1)(A).

4.  Upon conviction of a violation of Title 18, United States Code, Section 1952(a)(3), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or

personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

5. If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty.

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1)(A), 1955(d), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA     CASE NO. _____

v.

## CERTIFICATE OF TRIAL ATTORNEY*

DION DE CESARE,
AUNDRE AARONS,
JOSH PEASLEY,
MARK PAOLANTONIO,
and KELLY LIZZA,

            Defendants.
_____/    **Case Information:**

**Court Division:** (Select One)     New Defendant(s)    Yes ___   No ___
    Number of New Defendants
___ Miami    ___ Key West    Total number of counts
___ FTL    _X_ WPB    ___FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take   _5-6_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)           (Check only one)

   I    0 to 5 days    _x_    Petty    ___
   II    6 to 10 days    ___    Minor    ___
   III    11 to 20 days    ___    Misdem.    ___
   IV    21 to 60 days    ___    Felony    _x_
   V    61 days and over    ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ___    No _x_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes ___    No _x_

*Mark Dispoto*
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5501143

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>**DION DE CESARE**</u>

**Count 1:**

<u>Operating an Illegal Gambling Business</u>

<u>Title 18, United States Code, Section 1955</u>

**\*Max. Penalty:** 5 years' imprisonment; 3 years supervised release; $250,000 fine

**Count 2:**

<u>Conspiracy to Commit Money Laundering</u>

<u>Title 18, United States Code, Section 1956(h)</u>

**\*Max. Penalty:** 20 years' imprisonment; 3 years supervised release; fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater

**Counts 3-15:**

<u>Money Laundering</u>

<u>Title 18, United States Code, Section 1956(a)(1)(B)(i) and 2</u>

**\*Max. Penalty:** 20 years' imprisonment; 3 years supervised release; fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater

**Counts 16-17:**

<u>Use of Communication Facility to Carry On or Facilitate Any Unlawful Activity</u>

<u>Title 18, United States Code, Section 1952(a)</u>

**\*Max. Penalty:** 5 years' imprisonment; 3 years supervised release; $250,000 fine

**\*Refers only to possible term of incarceration, fine, and supervised release term, but does not include possible restitution, special assessments, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** <u>**AUNDRE AARONS**</u>

**Count 2:**

<u>Conspiracy to Commit Money Laundering</u>

<u>Title 18, United States Code, Section 1956(h)</u>

**\*Max. Penalty:** 20 years' imprisonment; 3 years supervised release; fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater

**Counts 8 & 15:**

<u>Money Laundering</u>

<u>Title 18, United States Code, Section 1956(a)(1)(B)(i) and 2</u>

**\*Max. Penalty:** 20 years' imprisonment; 3 years supervised release; fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater

**\*Refers only to possible term of incarceration, fine, and supervised release term, but does not include possible restitution, special assessments, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOSH PEASLEY

**Count 1:**

Operating an Illegal Gambling Business

Title 18, United States Code, Section 1955

\*Max. Penalty:   5 years' imprisonment; 3 years supervised release; $250,000 fine

**Count 2:**

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

\*Max. Penalty:   20 years' imprisonment; 3 years supervised release; fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater

**Counts 3-15:**

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i) and 2

\*Max. Penalty:   20 years' imprisonment; 3 years supervised release; fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater

---

**\*Refers only to possible term of incarceration, fine, and supervised release term, but does not include possible restitution, special assessments, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  MARK PAOLANTONIO**

**Count 2:**

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:**   20 years' imprisonment; 3 years supervised release; fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater

**Counts 8-10:**

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i)

**\*Max. Penalty:**   20 years' imprisonment; 3 years supervised release; fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater

**\*Refers only to possible term of incarceration, fine, and supervised release term, but does not include possible restitution, special assessments, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** KELLY LIZZA

**Count 1:**

Operating an Illegal Gambling Business

Title 18, United States Code, Section 1955

**\*Max. Penalty:** 5 years' imprisonment; 3 years supervised release; $250,000 fine

**Count 2:**

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

**\*Max. Penalty:** 20 years' imprisonment; 3 years supervised release; fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater

**Counts 3-5:**

Money Laundering

Title 18, United States Code, Section 1956(a)(1)(B)(i) and 2

**\*Max. Penalty:** 20 years' imprisonment; 3 years supervised release; fine of up to $500,000 or twice the value of the property involved in the transaction, whichever is greater

**\*Refers only to possible term of incarceration, fine, and supervised release term, but does not include possible restitution, special assessments, or forfeitures that may be applicable.**